Patrick J. Boylan, Respondent, v. The City of New York, Appellant. — Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Stapleton and Mills, JJ.

Leon Bresslin, Appellant, v. Star Company, Respondent.— Order affirmed, with costs. No opinion. Jenks, P. J., Stapleton, Mills and Putnam, JJ., concurred; Rich, J., not voting.